# EXHIBIT 1

| SERVICE | FEE |
|---|---|
| Account Statement Copy<br>> 2 Current Months | Free<br>Research Fee |
| ATM Transactions at ESL Owned ATMs | Free |
| ATM Withdrawals at Non-ESL Owned ATMs<br>(First five withdrawals per month are free with Direct Deposit or Premier Checking. Owner of ATM may still charge a fee.) | $1.50 |
| ATM/Check Card Replacement<br>Rush Order | Free<br>$15.00 |
| Cashier's Check (for amounts over $2,000) | $5.00 per check |
| Certified Check | $5.00 per check |
| CheckOK (Overdraft from Savings) | $5.00 |
| Check Printing | Varies by style |
| Check Protest | Free |
| Copies of Deposited or<br>Cashed Non-ESL Checks | Free |
| Collection Items/Foreign    $.01 - $25.00<br>$25.01 - $100.00<br>$100.01 - $500.00<br>$500.01 - $1,000.00<br>>$1,000.01 | Free<br>$10.00<br>$20.00<br>$30.00<br>$50.00 |
| ESL Online Bill Pay (via ESL Online Banking)<br>  Expedited Electronic[1] (convenience fee)<br>  Overnight Check (convenience fee) | Free<br>$5.00<br>$24.00 |
| Foreign Drafts | $20.00 |
| In-Person Bill Pay[2]<br>  Standard (2-3 days)<br>  Next Business Day<br>  Same Day | <br>$1.25<br>$2.25<br>$4.25 |
| International Service Assessment<br>(For ESL ATM Card, ESL Visa Check Card, and ESL Visa Credit Card transactions) | 1% of transaction amount |

CONFIDENTIAL                                          ESL000283

| | |
|---|---|
| IRA Transfer to External Account | $50.00 |
| Legal Execution Processing | $75.00 |
| Low Balance/Inactivity Fee[3] | $5.00 per month |
| Mail Service Fees | |
|   Overnight Mail Service | $6.50 |
|   Saturday Only | $16.50 |
| Money Order (for amounts of $2,000 or less) | $0.75 per Money Order |
| Overdraft Fees | |
|   Overdraft/Insufficient Funds | $37.00 |
|   Overdraft/Uncollected Funds | $37.00 |
|   POS Overdraft (Purchase Amount)    $.01 - $5.00 | Free |
|                                                >$5.01 | $37.00 |
| Person-to-Person Payment (via ESL Online Banking) | |
|   Standard | Free |
|   Express | $8.00 |
| Premier Checking (Average balance for month < $1,000) | $6.00 |
| Premier Money Maker (Average balance for month < $25,000) | $10.00 |
| Research Fee (Minimum per hour) | $20.00 |
| Returned Items | $10.00 |
| Safe Deposit Boxes Annual Rental[4] (Contents of box are not insured.)    3" x 5" | $35.00 |
|                                                  5" x 5" | $55.00 |
|                                                 3" x 10" | $65.00 |
|                                                 5" x 10" | $75.00 |
|                                                 10" x 10" | $100.0 |
| Simple Spending Monthly Fee | $8.00 |
| Stop Payments | Free |
| Tiered Savings (Average balance for month < $50,000) | $20.00 |
| Transfers to and from External Accounts (via ESL Online Banking) | Free |

Wire Transfer
  Incoming Domestic & Foreign             $12.00
  Outgoing Domestic/Foreign           $20.00/$35.00

CONFIDENTIAL                   ESL000285

Federally insured by NCUA.

1: Limited payees will accept Expedited Electronic payments. 2: Standard and next business day payments must be received by 6:00 pm EST. For a standard payment, you should allow at least three business days for a payee to receive your payment. Same day payments and next business day payments are specific options per payee and not available for all payees. 3: No activity for one year, aggregate balance in all shares is less than $100 and no active loans. 4: Available at select ESL locations.  Excludes sales tax.

The fees on this Fee Schedule are in addition to any fees listed in any ESL disclosures, terms and conditions, account agreements or any other document provided by ESL. ESL and CheckOK are registered service marks of ESL Federal Credit Union.