UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN ROY, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ESL FEDERAL CREDIT UNION,<br><br>        Defendant. | CASE NO. 6:19-cv-06122-FPG-JWF |

### NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES COSTS AND SERVICE AWARD

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 23(e) and Western District of New York Local Rule 7, Plaintiff Susan Roy, ("Plaintiff"), on behalf of herself and all others similarly situated, hereby does move this Court for an order granting Final Approval of the class action Settlement reached between her and Defendant ESL Federal Credit Union ("Defendant" or "ESL") (collectively, the "Parties"), and to enter the [Proposed] Order Granting Plaintiff's Unopposed Motion for Final Approval and Application for Attorneys' Fees Costs and Service Award submitted with this notice of motion.

The Final Approval Hearing is set for **May 24, 2022, at 11:00 a.m.**, at United States District Court for the Western District of New York, which is located at 100 State Street, Rochester, New York 14614. At the direction of the Court, the hearing may be virtual, in which case the instructions to participate shall be posted on the Settlement Website, *www.RoyClassActionSettlement.com*.

Final Approval is warranted because the terms of the proposed Settlement, memorialized in the Revised Settlement Agreement and Releases, are fair, adequate, and reasonable under the law of the Second Circuit and the Federal Rules of Civil Procedure, and provide substantial relief for the Sufficient Funds Fee Class and Retry Fee Class. Given the significant risks inherent in this Action, the $1,830,758.36 Value of the Settlement, consisting of ESL's: (a) cash payment of $1,700,000.00

(allocated $935,000.00 to the Sufficient Funds Fee Class and $765,000.00 to the Retry Fee Class) and (b) agreement to forgive, waive, and not collect an additional $130,758.36 in Uncollected Relevant Fees, is an excellent result for members of the Retry Fee Class and for members of the Sufficient Funds Fee Class.

Class Counsel respectfully request awards of attorneys' fees in the amount of $610,246.68, reimbursable costs of $29,515.86, and a $5,000.00 Service Award for Plaintiff as Class Representative. Such awards are reasonable under the law of the Second Circuit and the Federal Rules of Civil Procedure.

Plaintiff hereby moves, and Defendant will not oppose a request for the Court to (1) finally approve the Settlement as being within the range of fair, adequate, and reasonable; (2) certify for settlement purposes only the proposed Sufficient Funds Fee Class and the proposed Retry Fee Class pursuant to Fed. R. Civ. P. 23; (3) affirm Plaintiff's appointment as Class Representative for both the Retry Fee Class and the Sufficient Funds Fee Class; (4) affirm the appointment of Jeff Ostrow and Jonathan Streisfeld of Kopelowitz Ostrow P.A., Sophia Gold of Kaliel PLLC, and Andrea Gold of Tycko & Zavareei LLP as Class Counsel; (5) award attorneys' fees and costs to Class Counsel and Local Counsel; (6) award a Service Award to the Class Representative; (6) enter the Final Approval Order; and (7) enter final judgment dismissing this action with prejudice and reserving jurisdiction over the Parties and the Settlement Class Members pending the completion of settlement administration.

This unopposed Motion is based upon this Notice of Motion; the supporting Memorandum of Law; the Revised Settlement Agreement and Releases and Exhibits 1 and 2 thereto; the Joint Declaration of Class Counsel; the Declaration of Local Counsel; the Declaration of Steven Weisbrot of Angeion Group LLC as Settlement Administrator; and all papers and pleadings on file herein.

Pursuant to Local Rule 7, Plaintiff and Class Counsel do not intend to file a reply in support of this unopposed motion unless a timely objection is filed by any member of the Retry Fee Class or Sufficient Funds Fee Class.

Dated: April 9, 2022                              Respectfully submitted,

**KOPELOWITZ OSTROW P.A.**

*/s/ Jonathan M. Streisfeld*
Jeff Ostrow, Esq.
Jonathan M. Streisfeld, Esq.
1 West Las Olas Blvd, Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
*ostrow@kolawyers.com*
*streisfeld@kolawyers.com*

**KALIEL GOLD PLLC**
Sophia G. Gold, Esq.
1875 Connecticut Ave. NW, 10th Floor
Washington, DC 20009
Telephone:(202) 350-4783
*sgold@kalielgold.com*

**TYCKO & ZAVAREEI LLP**
Andrea Gold
1827 L St. NW, Suite 1000
Washington, DC 20036
*agold@tzlegal.com*
Telephone: (202) 973-0900

*Class Counsel*

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
*mreese@reesellp.com*

**DAVID M. KAPLAN, Attorney at Law**
David M. Kaplan
46 Helmsford Way
Penfield, New York 14526
Telephone: (585) 330-2222
*dmkaplan@rochester.rr.com*

*Local Counsel*