AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

WESTERN District of NEW YORK

SUSAN ROY *on behalf of herself an all others similarly situated*
*Plaintiff*
v.
ESL FEDERAL CREDIT UNION
*Defendant*

Civil Action No. 19-cv-6122

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: This action is dismissed with prejudice, on the merits, and without taxation or costs in favor of or against any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 05/25/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*